111 E. Locust, Suite. 500
Angleton, TX 77515

979-864-1316
979-388-1316
281-756-1316

www.brazoria-county.com



# RHONDA BARCHAK
## DISTRICT CLERK
### BRAZORIA COUNTY

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
11/25/2015 1:18:23 PM
CHRISTOPHER A. PRINE
Clerk

## NOTICE OF ASSIGNMENT ON AN **INTERLOCUTORY** APPEAL

11/25/2015

TO:   FOURTEENTH COURT OF APPEALS

RE:   Cause No. **78057-I, in the 412th District Court**

Style;   **RICHARD A DUNSMORE VS. ALLEN HIGHTOWER, ET AL**

*************************************

CASE INFORMATION:

DATE OF APPEALABLE ORDER/JUDGMENT:      10/25/15
NOTICE OF APPEAL:      11/13/15
MOTION FOR NEW TRIAL:      NO
ORDER OVERRULING MOT N/T    N/A
REQUEST FOR FINDING OF FACTS AND CONCLUSIONS OF LAW FILED:  NO
REQUEST FOR CLERK'S RECORD:  NO
REQUEST FOR REPORTERS RECORD FILED:   NO
METHOD OF DELIVERY:      TAMES PORTAL
JUDGE PRESIDING:      ROBERT J. KERN
COURT REPORTER:      JILL FRIEDRICHS

*************************************

APPELLANT:      DR. LANNETTE LINTHICUM AND DR. JOE TAYLOR

ATTORNEY(S) FOR APPELLANT:  KIM COOGAN, ASSISTANT ATTORNEY GENERAL
TEL.:    512-463-2080
FAX :    512-936-2109
EMAIL ADDRESS:  Kim.Coogan@texasattorneygeneral.gov
TEXAS BAR NO.:    00783867

Filed for Record
11/13/2015 9:57:25 AM
Rhonda Barchak, District Clerk
Brazoria County, Texas
78057-I
Kim Mire, Deputy

CAUSE NO. 78057-I

| | | |
|---|---|---|
| RICHARD DUNSMORE,<br>TDCJ No. 1826868,<br>    Plaintiff, | §<br>§<br>§<br>§ | IN THE DISTRICT COURT OF |
| v. | §<br>§ | BRAZORIA COUNTY, TEXAS |
| ALLEN HIGHTOWER, et al,<br>    Defendants. | §<br>§ | 412TH JUDICIAL DISTRICT |

## NOTICE OF INTERLOCUTORY APPEAL OF
## DR. LANNETTE LINTHICUM AND DR. JOE TAYLOR

1. Come now Defendants in the trial court, Dr. Lannette Linthicum in her individual and official capacities, and Dr. Joe Taylor, in his individual capacity, and give notice of their desire to appeal from the Order Granting Temporary Injunction, signed and filed by the trial court on October 26, 2015.

2. Dr. Lannette Linthicum and Dr. Joe Taylor appeal to the either the First or Fourteenth Court of Appeals.

3. Dr. Lannette Linthicum and Dr. Joe Taylor have not previously filed a related appeal or original proceeding in either the First or Fourteenth Court of Appeals.

4. The Temporary Injunction is automatically stayed pursuant to Texas Civil Practice & Remedies Code §6001 and §51.14(a)(4), as Dr. Lannette Linthicum in her official capacity is a state entity, and Dr. Lannette Linthicum in her individual capacity, and Dr. Joe Taylor, in his individual capacity are officers of the state. See *Tex. Health & Human Servs. Comm'n v. Advocates for Patient Access, Inc.,* 399 S.W.3d 615, 625 (TCA3 2013).

1

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**CHARLES E. ROY**
First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

*/s/ Kim Coogan*
**KIM COOGAN**
Assistant Attorney General
Attorney-In-Charge
State Bar No. 00783867

Law Enforcement Defense Division
P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 / (512) 936-2109 Fax
Kim.coogan@texasattorneygeneral.gov

**ATTORNEYS FOR DEFENDANTS**

## NOTICE OF ELECTRONIC FILING

I, KIM COOGAN, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing a correct copy of the foregoing Notice of Interlocutory Appeal of Dr. Lannette Linthicum and Dr. Joe Taylor in accordance with the Electronic Case Files System of Texas, on November 13, 2015.

*/s/ Kim Coogan*
**KIM COOGAN**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, KIM COOGAN, Assistant Attorney General of Texas, certify that a true copy of the above Notice of Interlocutory Appeal of Dr. Lannette Linthicum and Dr. Joe Taylor has been served by placing it in United States Postal Service, postage prepaid, on November 13, 2015 addressed to:

**Richard A. Dunsmore** - TDCJ No. 1826868
TDCJ – Terrell Unit
1300 FM 655
Rosharon, Texas 77583
*Plaintiff Pro Se*

*/s/ Kim Coogan*
**KIM COOGAN**
Assistant Attorney General